# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ERICA MANN, | : Case No. 3:15-cv-409 |
|  Plaintiff, | : District Judge Thomas M. Rose |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, | : |
|  Defendant. | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on January 6, 2017 (Doc. #13) is ADOPTED in full;

2. The Commissioner's non-disability finding be vacated;

3. No finding be made as to whether Plaintiff Erica Mann was under a "disability" within the meaning of the Social Security Act;

4. This matter be **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendations, and this Decision and Entry; and

5. The case is terminated on the docket of this Court.

2

**IT IS SO ORDERED.**

**January 23, 2017**                               *s/Thomas M. Rose

                                                    Thomas M. Rose
                                                    United States District Judge